Neil B. Durrant, Esq.
Nevada Bar No. 7324
C. Robert Peterson, Esq.
Nevada Bar No. 11680
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV  89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN I. RITCHASON, an individual;<br><br>         Plaintiff,<br><br>v.<br><br>JOHN C. RITCHASON, an individual; DOES 1-10; ROE CORPORATIONS 1-10;<br><br>         Defendants. | Case No.  2:14-cv-00500-RCJ-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

///
///
///
///
///
///
///
///

{00752773;1}

1

# STIPULATION AND ORDER TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN I. RITCHASON ("Plaintiff") and Defendant JOHN C. RITCHASON, by and through their respective counsel of record, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 27th day of February, 2015

WEIL & DRAGE, APC

By: /s/ C. Robert Peterson
Neil B. Durrant, Esq.
Nevada Bar No. 7324
C. Robert Peterson, Esq.
Nevada Bar No. 11680
2500 Anthem Village Drive
Henderson, NV 89052
Attorneys for Plaintiff

JOHN C. RITCHASON

_____
John C. Ritchason
Pro se

## ORDER

IT IS SO ORDERED.

Dated this 12th day of March, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

{00752773;1}

2